# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| ORCHARD PARK PLAZA, L.L.C. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 04 C 4233 |
| DOLGENCORP., INC. | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court finds for the plaintiff on its breach of contract claim in Count I and awards: (1) nominal damages of one dollar, (2) injunctive relief per the provisions in the Lease and (3) attorneys' fees per the provisions in the Lease. The Court finds for the defendant as to Count II. Count III is mooted by the Court's ruling as to Counts I and II. The Court further finds that defendant has failed to prove that its affirmative defenses preclude relief in this case.

Michael W. Dobbins, Clerk of Court

Date: 4/18/2006

/s/ Carole J. Gainer, Deputy Clerk